**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILLIE BUTLER,

                Petitioner,                07 **CIVIL** 6586 (JSR)

    -against-                              **JUDGMENT**

H. GRAHAM, Superintendent, Auburn
Correctional Facility,
                Respondent.
-----------------------------------------------------------X



**SCANNED**

      Whereas on March 18, 2008, the Honorable Michael H. Dolinger, United States Magistrate Judge, having issued a report and recommendation ("report") recommending that the petition for a writ of habeas corpus under 28 U.S.C. 2254 be denied, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, thereafter, on June 9, 2008, having rendered its Order adopting the report and dismissing the petition, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 9, 2008, the report is adopted and the petition is dismissed.

DATED: New York, New York
              June 12, 2008

                                            **J. MICHAEL McMAHON**
                                              **Clerk of Court**
                  BY:
                                              **Deputy Clerk.**

                    THIS DOCUMENT WAS ENTERED
                    ON THE DOCKET ON _____